


**The Legal Aid Society**

Federal Defender Division • Eastern District of New York

16 Court Street, Brooklyn, NY 11241
Tel: (718) 330-1200  Fax: (718) 855-0760
www.legal-aid.org

Daniel L. Greenberg
*President and*
*Attorney-in-Chief*

*Federal Defender Division*
Leonard F. Joy
*Attorney-in-Charge*

*Eastern District of New York*
Thomas J. Concannon
*Attorney-in-Charge*

June 14, 2005

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:  **U.S.A. v. Jesus DeSoto, 03 CR 0519**

Your Honor:

I write regarding the pre-sentence release conditions of my client, Jesus DeSoto. Mr. DeSoto will be surrendering for his sentence on July 13, 2005. In anticipation of his prison term, he has paid his Special Assessment and out of concern for their safety is moving his family

Before he goes to prison, Mr. DeSoto has respectfully requested the opportunity to spend two days with his three sons on a camping trip in New Jersey. They would leave on July 9 and return the evening of July 10. This would require modification of his curfew for those two days.

Pretrial Services Officer Anna Chu continues to monitor Mr. DeSoto and he continues to comply with his release conditions. She has no objection to the requested modification. AUSA Lisa Kramer tells me she takes no position on the request.

If that is acceptable to the Court, kindly endorse this letter. Thank You for Your continued attention to this matter.

Respectfully Submitted,

JAN A. ROSTAL, ESQ.
(718) 330-1207

cc: AUSA Lisa Kramer
    Mr. Jesus DeSoto
    PTS Officer Anna Chu

JR/jr

*Application granted*
*so ordered.*

*June 14, 2005*

ORIGINAL

AO42 SWEDA  
(Rev. 4-90)

RECEIPT FOR PAYMENT  
UNITED STATES DISTRICT COURT  
for the  
EASTERN DISTRICT OF NEW YORK  
at BROOKLYN

**311211**

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution to U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Civil Filing Fee (1/2) |
| 510100 | Registry Fee |

REG   06-10-05                09:20 AM  
DRAWER 2                         156349  
                         1      #311211  

CRIME FND 504100           $100.00  
                         1No  
CASH                     $100.00

CASE REFERENCE:  
03CR519

RECEIVED FROM  
JESUS DESOTO

SPECIAL ASSESSMENT

DEPUTY CLERK _R Day_

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.