```
-----------------------------------------------X
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------- X
```

UNITED STATES OF AMERICA | ORDER

- against - | 03 CR 519 (NG)

Jesus Desoto

      defendant |

-----------------------------------------------X

IT IS HEREBY recommended to the Bureau of Prisons that Jesus Desoto, Reg. No. 61710-053, be designated to serve his sentence at a facility that offers the 500-hour drug treatment program.

DATED: December 21, 2005
       Brooklyn, New York

THE HONORABLE Nicholas Garaufis
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK